```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 13108
    LATONJA B NEWELL
    AARON T NEWELL                             CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-2925      SSN XXX-XX-1438

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 07/20/2007 and was confirmed 09/10/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

      The case was dismissed after confirmation 06/16/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE    CURRENT MORTG         .00            .00            .00
NATIONAL CITY MORTGAGE    MORTGAGE ARRE      607.36            .00         607.36
PIERCE & ASSOC            NOTICE ONLY     NOT FILED            .00            .00
ARONSON FURNITURE         SECURED           1570.00            .00         272.97
MONTEREY FINANCIAL        NOTICE ONLY     NOT FILED            .00            .00
AM CRED & COL             SECURED            887.85            .00         118.40
THE PAYDAY LOAN STORE     SECURED VEHIC      933.00          47.42         136.30
TITAN BUILDERS INC        SECURED               .00            .00            .00
VALU CAR AUTO MART OF AM  SECURED VEHIC     4570.00         232.25         667.71
ILLINOIS DEPT OF REV      PRIORITY           173.88            .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          3162.84            .00            .00
ADVOCATE HEALTH CTR       UNSECURED       NOT FILED            .00            .00
ADVOCATE HEALTH CTR       UNSECURED       NOT FILED            .00            .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED       NOT FILED            .00            .00
ARNOLD SCOTT HARRIS       NOTICE ONLY     NOT FILED            .00            .00
COMCAST                   UNSECURED       NOT FILED            .00            .00
COMCAST                   NOTICE ONLY     NOT FILED            .00            .00
DRIVE FINANCIAL           UNSECURED       NOT FILED            .00            .00
EYE CENTER                UNSECURED       NOT FILED            .00            .00
RJM AQUISITIONS FUNDING   UNSECURED          259.07            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED         3878.42            .00            .00
IVANHOE DENTAL GROUP      UNSECURED       NOT FILED            .00            .00
RECEIVABLES MANAGEMENT S  UNSECURED       NOT FILED            .00            .00
SPRINT PCS                UNSECURED       NOT FILED            .00            .00
TCF NATIONAL BANK         UNSECURED       NOT FILED            .00            .00
MEDICAL RECOVERY SPECIAL  UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          904.93            .00            .00
B-REAL LLC                UNSECURED               .00            .00            .00
TITAN BUILDERS INC        PRIORITY          2425.00            .00            .00
TITAN BUILDERS INC        UNSECURED         3699.09            .00            .00
ILLINOIS DEPT OF REV      UNSECURED           41.70            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 13108 LATONJA B NEWELL & AARON T NEWELL
```

```
DENNIS G KNIPP              DEBTOR ATTY     2,000.00                    2,000.00
TOM VAUGHN                  TRUSTEE                                       292.59
DEBTOR REFUND               REFUND                                           .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                     4,375.00

PRIORITY                                                 .00
SECURED                                             1,802.74
    INTEREST                                          279.67
UNSECURED                                                .00
ADMINISTRATIVE                                      2,000.00
TRUSTEE COMPENSATION                                  292.59
DEBTOR REFUND                                            .00
                         ---------------     ---------------
TOTALS                      4,375.00                4,375.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 09/24/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE